IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAZARO MANUEL ALFONSO VALDEZ, <br>     A# 220294690, <br>         Petitioner, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY OFFICE OF CHIEF COUNSEL, <br>         Respondent. | § § § § § § § § § § § | No. 3:25-CV-3205-O-BW |

## NOTICE OF DEFICIENCY AND ORDER

Before the Court is the *Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241*, received from Petitioner Lazaro Manuel Alfonso Valdez, an immigration detainee, on November 21, 2025. (Dkt. No. 3.)

The petition is not signed as required by Federal Rule of Civil Procedure 11. **Petitioner must sign and return the enclosed copy of the petition he filed within thirty (30) days of the date of this order.**

Petitioner also has not paid the $5 filing fee for a federal habeas case under 28 U.S.C. § 2241 or submitted a request to proceed *in forma pauperis*. **He must either pay the $5 filing fee for a habeas case or submit an application to proceed *in forma pauperis* with the required certificate of inmate trust account or comparable form, such as a resident account summary, within thirty (30) days of the date of this order.**

Petitioner must immediately notify the Court of any change of address and its effective date by filing a notice entitled "Notice to the Court of Change of Address." The notice should contain *only* information about the change of address and effective date.

Failure to comply with this order may result in the dismissal of the petition under Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is **DIRECTED** to send Petitioner:

    (1) a copy of this order;

    (2) a copy of the § 2241 petition he submitted; and

    (3) a form application (with certificate of inmate trust account form) to proceed *in forma pauperis* in a habeas case.

No process will issue except upon order of the Court.

**SO ORDERED** on December 5, 2025.

                                              _____
                                              Reed O'Connor
                                              **CHIEF UNITED STATES DISTRICT JUDGE**