IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAZARO MANUEL ALFONSO VALDEZ,<br>　　A# 220294690,<br>　　　　Petitioner, | §<br>§<br>§<br>§<br>§ | |
| v. | § | No. 3:25-CV-3205-O |
| DEPARTMENT OF HOMELAND SECURITY OFFICE OF CHIEF COUNSEL,<br>　　　　Respondent. | §<br>§<br>§<br>§ | |

# FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the Court **DISMISSES** this habeas action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or follow orders of the Court.

**SO ORDERED** on January 15, 2026.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**